1  SHAWN N. ANDERSON
   United States Attorney
2  BENJAMIN K. PETERSBURG
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam  96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 03 2020
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARITES M. BARROGO and<br>STEPHANIE C. MUNA,<br><br>Defendants. | CRIMINAL CASE NO. 20-00012<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO USE, TRANSFER, ACQUIRE, ALTER, OR POSSESS SNAP BENEFITS WITHOUT AUTHORIZATION**<br>[7 U.S.C. § 2024 and 18 U.S.C. § 371]<br>(Count 1)<br><br>**UNAUTHORIZED USE, TRANSFER, ACQUISITION, ALTERATION, OR POSSESSION OF SNAP BENEFITS**<br>[7 U.S.C. § 2024]<br>(Counts 2-4)<br><br>**NOTICE OF FORFEITURE**<br>[7 U.S.C. § 2024 (f); 18 U.S.C. § 9(a)(1)(C); and 28 U.S.C. § 2461] |

THE GRAND JURY CHARGES:

**INTRODUCTION**

At all times material to this Indictment:

1. Defendant MARITES M. BARROGO owned and operated Laguna Best Restaurant and Catering ("Laguna Best") located in Harmon, Guam. BARROGO was not a beneficiary of the

INDICTMENT- 1

Supplemental Nutrition Assistance Program ("SNAP"), formerly known as the Food Stamp Program and Laguna Best did not participate in SNAP.

2. Defendant STEPHANIE C. MUNA was a SNAP benefits recipient.

3. The Food and Nutrition Service ("FNS"), an agency within the United States Department of Agriculture ("USDA") administered the SNAP program, which provided financial assistance to qualifying individuals and families for use at authorized retail food stores. Food stamp or SNAP benefits could lawfully be used only to purchase eligible food items, and are accepted only by authorized stores at the time of such purchase of eligible food items. SNAP benefits could not lawfully be accepted in exchange for payment for ineligible items, items sold on credit, or loans. SNAP recipients are not authorized to sell, trade, or use their benefits other than to purchase eligible food items.

4. The Government of Guam Department of Public Health and Social Services ("DPHSS"), Division of Public Welfare, determined SNAP eligibility. Each SNAP recipient was issued an Electronic Benefits Transfer ("EBT") authorization card, which contained a unique account number and an encrypted personal identification number ("PIN") known to the card holder. The EBT card operated as a debit card. On a monthly basis, SNAP benefits were credited electronically to an account associated with a recipient's EBT card. DPHSS authorized a specific monthly amount of SNAP benefits to recipients which could be accessed only with their EBT cards and PINs.

**COUNT 1 – CONSPIRACY TO USE, TRANSFER, ACQUIRE, ALTER, OR POSSESS SNAP BENEFITS WITHOUT AUTHORIZATION**
**7 U.S.C. § 2024 & 18 U.S.C. § 371**

5. Paragraphs 1 – 4 of this Indictment are re-alleged as if fully set forth herein.

**The Conspiracy and its Object**

6. Beginning in or about June 2015 and continuing thereafter until in or about June 2018, in

INDICTMENT- 2

the District of Guam, Defendants MARITES M. BARROGO and STEPHANIE C. MUNA, and others known and unknown to the Grand Jury, did willfully and knowingly conspire and agree with one another to violate 7 U.S.C. § 2024, namely, to use, transfer, acquire, alter, or possess SNAP benefits without authorization and with the total value of the SNAP benefits being in excess of $5,000.00.

### Manner and Means of the Conspiracy

7. To accomplish the object of the conspiracy, the defendants and coconspirators utilized the following manner and means, among other things:

8. Beginning in or about June 2015 and continuing thereafter through in or about June 2018, Defendant STEPHANIE C. MUNA gave her SNAP EBT card and PIN to Defendant MARITES M. BARROGO in exchange for cash on an approximately monthly basis. MUNA sold a portion of her SNAP benefits to BARROGO at a discount on the face value of the benefits. For example, most months MUNA sold approximately $600.00 worth of her SNAP benefits to BARROGO for $400.00 cash. MUNA knew that BARROGO would use MUNA's SNAP EBT card and PIN in order to purchase food items for use at BARROGO's business, Laguna Best Restaurant and Catering.

9. During the time of the conspiracy, Defendant STEPHANIE MUNA solicited and obtained SNAP EBT cards and PINs from other SNAP recipients in order to exchange them for cash with Defendant BARROGO.

### Overt Acts

10. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Guam:

    a. On or about May 1, 2018, Defendant MUNA obtained the SNAP EBT card belonging to SNAP recipient J.C., and exchanged it for cash with Defendant

INDICTMENT- 3

BARROGO.

    b. On or about January 8, 2018, Defendant BARROGO purchased food items from a store in Dededo, Guam, using a SNAP EBT card.

    c. On or about June 2, June 4, and June 5, 2018, Defendant BARROGO purchased food items from stores in Dededo, Guam using SNAP benefits purchased from Defendant MUNA.

    d. During the time of the conspiracy, Defendant MUNA obtained the SNAP EBT cards and PINs from other SNAP recipients including, but not limited to, M.M., K.M., and A.M. in order to exchange the benefits for cash from Defendant BARROGO.

11. All in violation of 18 U.S.C. § 371 and 7 U.S.C. § 2024.

## COUNT 2 – UNLAWFUL USE, TRANSFER, ACQUISITION, ALTERATION, OR POSSESSION OF SNAP BENEFITS
## 7 U.S.C. § 2024

12. Paragraphs 1 – 11 of this Indictment are re-alleged as if fully set forth herein.

13. On or about January 8, 2018, in the District of Guam, the defendant, MARITES M. BARROGO, did knowingly and unlawfully acquire, possess, and use supplemental nutrition assistance program benefits, the value of said benefits being greater than $100.00, but less than $5,000.00 in violation of 7 U.S.C. § 2024.

## COUNT 3 – UNLAWFUL USE, TRANSFER, ACQUISITION, ALTERATION, OR POSSESSION OF SNAP BENEFITS
## 7 U.S.C. § 2024

14. Paragraphs 1 – 13 of this Indictment are re-alleged as if fully set forth herein.

15. Beginning on or about June 1, 2018 and continuing until on or about June 5, 2018, in the District of Guam, the defendant, MARITES M. BARROGO, did knowingly and unlawfully acquire, possess, and use supplemental nutrition assistance program benefits, the value of said

INDICTMENT- 4

benefits being greater than $100.00, but less than $5,000.00 in violation of 7 U.S.C. § 2024.

## COUNT 4 – UNLAWFUL USE, TRANSFER, ACQUISITION, ALTERATION, OR POSSESSION OF SNAP BENEFITS
## 7 U.S.C. § 2024

16. Paragraphs 1 – 15 of this Indictment are re-alleged as if fully set forth herein.

17. On or about June 2, 2018, in the District of Guam, the defendant, STEPHANIE C. MUNA, did knowingly and unlawfully transfer supplemental nutrition assistance program benefits, the value of said benefits being greater than $100.00, but less than $5,000.00 in violation of 7 U.S.C. § 2024.

## NOTICE OF FORFEITURE

1. Upon conviction of the offenses alleged in this Indictment, the defendants, MARITES M. BARROGO and STEPHANIE C. MUNA, shall forfeit to the United States pursuant to 7 U.S.C. § 2024(f), any and all property, real or personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the offenses, and all proceeds traceable to a violation of 7 U.S.C. § 2024(b). The property to be forfeited includes, but is not limited to:

   a. A money judgment equal to the amount of proceeds obtained as a result of the offenses.

2. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT- 5

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. §2461(c) to seek forfeiture of any other substitute property of said defendants up to the value of the property subject to forfeiture.

DATED this 3rd day of June, 2020.

A TRUE BILL.

REDACTED
REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney

INDICTMENT- 6